| 295P16 | State v. Christopher Shawn Frione | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1143) | Denied |
|---|---|---|---|
| 296P16 | Caron Associates, Inc. v. Southside Manufacturing Corp. and Crown Financial, LLC | Def's (Crown Financial, LLC) PDR Under N.C.G.S. § 7A-31 (COA15-1376) | Denied |
| 298P16 | State v. James Stanley Daye | Def's PDR Under N.C.G.S. § 7A-31 (COA16-74) | Denied |
| 302P16 | State v. Marshall Tristan Shaw (DEATH) | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Moore County<br><br>2. State's Motion for Extension of Time to File Response | 1. Dismissed<br><br><br>2. Dismissed as moot |
| 303P16 | James K. Sanderford v. Duplin Land Development, Inc. | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-1214) | Denied |
| 304P16 | State v. Michael Ray Pigford | State's PDR Under N.C.G.S. § 7A-31 (COA15-1047) | Denied |
| 305P16 | State v. Jeremy Daniel Russom | Def's *Pro Se* Motion for PDR (COAP14-359) | Dismissed |
| 306P16 | John T. Turchin and Susan Turchin v. ENBE, LLC | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-1236) | Denied |
| 307P15-2 | The Kimberley Rice Kaestner 1992 Family Trust v. North Carolina Department of Revenue | 1. State's Motion for Temporary Stay (COA15-896)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Notice of Appeal Based Upon a Constitutional Question<br><br>4. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/25/2016**<br><br>2. Allowed<br><br><br>3. Dismissed *ex mero motu*<br><br>4. Allowed |
| 307P16 | State v. Dejerod Thomas Clapp | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-1079)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |